

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00596-CV

SATTERFIELD & PONTIKES CONSTRUCTION, INC., Appellant

V.

TEXAS SOUTHERN UNIVERSITY, JIM MCSHAN, AND GREG WILLIAMS,
Appellees

Appeal from the 334th District Court of Harris County.  (Tr. Ct. No. 2014-12277).

This case is an appeal from the final judgment signed by the trial court on June 27, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Satterfield & Pontikes Construction, Inc., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 13, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Keyes.